■ JOHN T. ELFVIN, Individually as a Citizen, Resident and Taxpayer of the City of Buffalo and as a Member of the Common Council of the City of Buffalo, Appellant, v. CITY OF BUFFALO et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, without costs of this appeal to any party, with leave to appeal to the Court of Appeals. Memorandum: In

affirming, we accept and adopt the determination and declaration of the Special Term Justice that section 411 of the Charter of the City of Buffalo is valid. (Appeal from judgment of Erie Special Term dismissing complaint in an action to enjoin referendum on city sales tax.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ. (Order entered March 9, 1967.)